**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

ROBERT TYLER WICKS

Criminal No. 1:25-cr-00092-JAW

**PROSECUTION VERSION**

Between about February 13, 2025, and February 14, 2025, in the District of Maine and elsewhere, the Defendant **ROBERT TYLER WICKS** ("the Defendant") knowingly engaged in conduct with the intent to convey false and misleading information, under circumstances where such information might reasonably be believed, and where such information indicated that an activity would take place that would constitute a violation of Chapter 40 of Title 18 of the United States Code. Specifically, the Defendant threatened via text messaging and by telephone to detonate a bomb at the Bangor International Airport ("the BIA"). Such conduct would constitute a violation of Title 18, United States Code, Section 844(i).

On February 13, 2025, an American Airline ("AA") employee received the following messages on his personal telephone from Suspect Telephone Number One:

- "So you like those bots that's a virus being sent to your phone have fun with that next person I'm attending to attack is Mary lol. Good luck buddy in that office I got my plans for you all in that airport… guns and shit ready."
- "Imma definitely do a bomb (bomb emoji) threat this will be something to worry about you ready for some fun gay boy you ready to see what happens being in the office today you wont' even notice what's gonna happen to that

airport. Tomorrow morning at 10:50AM you're gonna see what happens dead inside that airport buddy."

- "I see everything and everyone in that building I know everyone's names faces I'm going after tomorrow morning. I see v in the office I see the security cameras. I see everything I got here and who I'm going after."
- "I think you' better get someone ready for 10:50Am buddy dogs or someone cuz imma kill everyone in there.

On February 13, 2025, a second AA employee received the following messages on his personal phone from Suspect Telephone Number One:

- "These bots are gonna keep spamming ya hope you like them… virus in ya phone lol."
- "I'll do the whole airport next… in 10 minutes we will see who will be laughing."

Later in the day, Suspect Telephone Number One sent additional messages to the second AA employee beginning at 4:15 pm:

- "Let your supervisors go home or else I'll see you on the other side. Oh by the way and the agents."
- "I love how I see the officers doing. Nun. I'm just standing here looking at him lol. I'm even talking to one of the officers. This is cool asf."
- "Everyone else in standing around by the counter now. This is a nice view to kill these people."

As a result of these messages, the FBI was contacted. At approximately 5:00 pm on February 13, 2026, an FBI negotiator attempted a phone call to Suspect Telephone

Number One, which was not answered. The user of Suspect Telephone Number One did respond to text messages, and stated the following:

- "You're not smart for a human I'm standing around looking at you all this is a nice day. There's nothing here I'm going back to my laptop and ready to blow people up."
- "Hacking is fun and shit when you know how and what the fuck to do about it. And bombs idc what yall say or nun. You standing there I see you lol You look pretty vulnerable in your outfit. Anyways kiddo see you on death notes."

At approximately 5 am on the morning of February 14, 2025, an individual called in to the BIA switchboard from Suspect Telephone Number Two. The caller demanded to speak to the law enforcement officer conducting an investigation into the incident, stating:

- "I will surrender… I want to talk to the actual bomb person… You want to see something happen from up in the sky launched into the airport? Or do you want to see this not continue. Because I want to get this situation fixed here and I want to talk to that man personally."
- "There are timers on these bombs with time limits. I'm shaking already, I'm really agitating right now, I don't want to press this button. I'm already shaking. I'm panicking really bad right now."
- "[the bomb] is outside of the building… I have a button right here on my phone right now… I'm giving you five minutes. Hurry up."
- "It's 8:47. You have until… 8:54. If those phones are not handed back to those agents and those phones are not on, those bombs are going to go boom."

Investigators determined that Suspect Telephone Number One was a voice over internet protocol (VOIP) number attributed to the TextMe application. TextMe is an internet application that allows a user to communicate from a personal cellular telephone using a different telephone number. Through a series of emergency disclosure requests to TextMe and Charter Communications, the registration IP address associated with Suspect Telephone Number One resolved to the Defendant's mother in Louisburg, Tennessee. However, recent activity indicated that she had moved to Alabama.

On February 14, 2025, the FBI made contact with the Defendant and the Defendant's mother in Decatur, Alabama. The Defendant and his mother acknowledged that they had recently moved from Tennessee to Alabama. After initially claiming that he had been hacked by someone named "Ethan" and forced to call in threats to the BIA, the Defendant admitted the following:

- The Defendant admitted to lying about "Ethan," and stated that he had placed the bomb threat calls himself to the BIA on the morning of February 14, 2025.
- The Defendant purposefully created new Gmail accounts to download and use the applications TextMe and Voizy AI to avoid being detected when making bomb threat calls and when sending messages.
- The Defendant used an iPhone 8 and iPhone 16 to make the threats.
- After initially stating he had never made any threats prior to February 14th, the Defendant admitted to making the bomb threats against employees at the BIA on February 13, 2025.

- Upon realizing that his mother had received a phone call from the FBI, the Defendant deleted and re-installed TextMe and Voizy AI from his iPhone 16 and iPhone 8.
- The Defendant provided consent to search his iPhone 16 and iPhone 8.

The Defendant's iPhone 8 and iPhone 16 were downloaded and the data reviewed. The call records for the IPhone 8 revealed this phone called the BIA general switchboard number 43 times between 8:00 a.m. EST and 1:30 p.m. EST using the TextMe application. The iPhone 16 was "factory reset" at approximately 3:09 p.m.CST on February 14, 2025. A factory reset deletes all the data on the telephone.

On April 15, 2025, investigators obtained a federal search warrant for the TextMe account associated with Suspect Telephone Number One. The content of the messages had been deleted. The call detail records indicated that 107 messages were sent to the two AA employees on February 13, 2025. Furthermore, two inbound telephone calls and 12 text messages from an FBI employee were also detailed during the day of February 13, 2025.

During the course of the investigation, the FBI determined that the Defendant was in an online relationship with an American Airlines employee working at the BIA. As a result of this relationship, the Defendant was able to obtain contact information for other American Airlines employees. In addition, through video chat, the Defendant was able to observe law enforcement and AA employee activity while he was making his bomb threats on February 13.

If this matter had proceeded to trial, the government would have presented the following:

Witnesses:

- Two airline employees who received threats
- Online girlfriend of the Defendant
- FBI agents who were communicating with the Defendant via phone and text message
- FBI agents who interviewed the Defendant
- Airline employees and National Guard employees to discuss effects of threats
- TextMe representative
- Charter Communications representative

Physical evidence:

- Screen shots of threats to AA employees
- Online girlfriend's phone data regarding communications with the Defendant
- FBI audio recordings and texts during negotiations with the Defendant
- TextMe search warrant results
- Charter Communications emergency disclosure request results
- The Defendant's cellular telephone forensic results

Dated at Bangor, Maine this 15th day of September, 2026.

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

**/s/ ANDREW MCCORMACK**
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, I electronically filed the Government's Prosecution Version with the Clerk of Court using the CM/ECF system that will send notifications of such filing to the following:

Kaylee Folster, Esq.

**ANDREW B. BENSON**
United States Attorney

**/s/ Andrew McCormack**
Assistant United States Attorney
U.S. Attorney's Office
202 Harlow Street, Room 111
Bangor, ME 04401